```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03339
   JOY NICOLE LEE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7106

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/26/2007 and was confirmed 05/21/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

      The case was dismissed after confirmation 02/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE                  CURRENT MORTG        .00            .00            .00
CITIMORTGAGE                  MORTGAGE ARRE        .00            .00            .00
ARONSON FURNITURE             NOTICE ONLY    NOT FILED            .00            .00
BALLYS TOTAL FITNESS          NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE BANK              NOTICE ONLY    NOT FILED            .00            .00
FINGERHUT CORP                UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC      UNSECURED         528.63            .00            .00
CREDIT ONE BANK               UNSECURED      NOT FILED            .00            .00
FINGERHUT                     NOTICE ONLY    NOT FILED            .00            .00
PREMIER BANKCARD              UNSECURED         439.64            .00            .00
SAM'S CLUB                    UNSECURED      NOT FILED            .00            .00
GINNYS                        UNSECURED         361.57            .00            .00
MIDLAND CREDIT MANAGEMEN      NOTICE ONLY    NOT FILED            .00            .00
MIDNIGHT VELVET               UNSECURED         356.18            .00            .00
MONEY CONTROL                 NOTICE ONLY    NOT FILED            .00            .00
MONROE & MAIN                 UNSECURED         345.38            .00            .00
NICOR GAS                     UNSECURED         916.04            .00            .00
PEOPLES GAS LIGHT & COKE      NOTICE ONLY    NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF               UNSECURED      NOT FILED            .00            .00
SAMS CLUB                     UNSECURED         454.60            .00            .00
SEVENTH AVENUE                UNSECURED         313.80            .00            .00
COUNTRY DOOR                  UNSECURED         234.81            .00            .00
ISAC                          UNSECURED       25962.12            .00            .00
ILLINOIS DEPT OF REVENUE      PRIORITY          675.72            .00         145.04

                       PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03339 JOY NICOLE LEE
```

```
NICOLE LAWSON           DEBTOR ATTY    1,864.00              1,864.00
TOM VAUGHN              TRUSTEE                                139.15
DEBTOR REFUND           REFUND                                 250.00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  2,398.19

PRIORITY                                        145.04
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                1,864.00
TRUSTEE COMPENSATION                            139.15
DEBTOR REFUND                                   250.00
                        ---------------    ---------------
TOTALS                   2,398.19             2,398.19
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                /s/ Tom Vaughn
   Dated: 05/23/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```